# Richmond

## JULIA F. BOSWELL v. ROY H. BOSWELL.

April 28, 1969.

Record No. 6864.

Present, Eggleston, C.J., and Buchanan, I'Anson, Carrico, Gordon and Harrison, JJ.

*Harry P. Anderson, Jr.* (*William Patrick Coleman; Satterfield, Haw, Anderson, Parkerson & Beazley*, on brief), for the appellant.

*R. B. Stephenson, Jr.* (*Stephenson, Kostel, Watson & Carson*, on brief), for the appellee.

*Decree affirmed* without opinion
by equally divided Court.